# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOEL DAVILA CALIXTO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN J. WALSH, <br> in his official capacity as United <br> States Secretary of Labor, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-1853 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court **GRANTS** the Defendants' unopposed motion (ECF No. 45) to extend the Summary Judgment briefing schedule and **ORDERS** that the parties shall adhere to the following schedule:

1) The Defendants shall file their opposition to the Plaintiffs' Motion for Summary Judgment and their cross-motion by no later than **September 7, 2021**.[1]

2) The Plaintiffs shall file their reply in support of their motion for summary judgment and oppositions to any cross-motion on or before **October 7, 2021**.

3) The Defendants shall file their reply in support of any cross-motion on or before **November 5, 2021**.

4) The parties shall file the Joint Appendix on or before **November 19, 2021**.

**SO ORDERED.**

DATED: August 18, 2021

/S/
Hon. Colleen Kollar-Kotelly
United States District Judge

---

[1] In their motion, Defendants requested an extension of time until September 6, 2021. As that date is a federal holiday, the Court has set the deadline as the next business day.